OSCN Found Document:STATE OF OKLAHOMA ex rel. OBA v. HOUSLEY

 

 
 STATE OF OKLAHOMA ex rel. OBA v. HOUSLEY
2025 OK 93
Case Number: SCBD-7802
Decided: 12/15/2025
THE SUPREME COURT OF THE STATE OF OKLAHOMA
Cite as: 2025 OK 93, __ P.3d __

 
FOR PUBLICATION IN OBJ ONLY. NOT FOR OFFICIAL PUBLICATION. 

 

IN THE SUPREME COURT OF THE STATE OF OKLAHOMA

STATE OF OKLAHOMA ex rel., OKLAHOMA BAR ASSOCIATION, Complainant,
v.
SPENCER BOWEN HOUSLEY, Respondent.

ORDER DENYING IMMEDIATE INTERIM SUSPENSION 

The Oklahoma Bar Association ("OBA"), in compliance with Rules 7.1 and 7.2 of the Rules Governing Disciplinary Proceedings ("RGDP"), forwarded to this Court certified copies of the (1) Criminal Complaint and Information in Case No. E0168533 filed on October 23, 2025, (2) Criminal Complaint and Information in Case No. E03488328 filed on October 16, 2023, (3) Judgment and Sentence filed in Case No. E0168533, (4) Judgment and Sentence filed in Case No. E03488328 filed on September 17, 2024, (5) Affidavit in City of Moore v. Spencer B. Housley, dated October 15, 2023. The Respondent was found guilty to the charges of Battery and Public Intoxication.

Rule 7.2 of the RGDP provides that a certified copy of a plea of guilty, an order deferring judgment and sentence, or information and judgment and sentence of conviction "shall constitute the charge and be conclusive evidence of the commission of the crime upon which the judgment and sentence is based and shall suffice as the basis for discipline in accordance with these rules."

Rule 7.3 of the RGDP provides: "upon receipt of the certified copies of Judgment and Sentence on a plea of guilty, order deferring judgment and sentence, indictment or information and the judgment and sentence, the Supreme Court may by order immediately suspend the lawyer from the practice of law until further order of the Court." This Court directed the Professional Responsibility Tribunal to hold a hearing on whether an immediate interim suspension should be entered, and to make a recommendation. Having received certified copies of the aforementioned papers and the Professional Responsibility Tribunal's Report and Recommendation that Respondent not be immediately interim suspended, this Court declines to enter an immediate interim suspension of Respondent Spender Bowen Housley from the practice of law.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE THIS 15th OF DECEMBER 2025.

/s/________________________
CHIEF JUSTICE

CONCUR: ROWE, C.J., WINCHESTER, GURICH, KANE, and JETT, JJ.
DISSENT: KUEHN, V.C.J., EDMONDSON, COMBS, and DARBY, JJ.